UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL B. ELGIN, AARON )
LAWSON, and CHRISTON COLBY, )
on behalf of themselves )
and similarly situated men )
throughout the United States, )
      Plaintiffs, )
 ) CIVIL ACTION NO. 07-12391-DPW
 v. )
 )
UNITED STATES OF AMERICA, )
UNITED STATES DEPARTMENT )
OF THE TREASURY, and UNITED )
STATES DEPARTMENT OF THE )
INTERIOR, )
    Defendants. )

## JUDGMENT

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order dated March 11, 2010, granting the Defendants' Motion for Reconsideration (#52), for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

    **Judgment for the Defendant's against the Plaintiff's.**

                                        BY THE COURT,

                                        /s/ Jarrett Lovett
                                        Deputy Clerk

DATED: March 11, 2010