# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 13, 2012

Clerk
United States Court of Appeals
for the First Street
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210

**Re: Michael B. Elgin, et al.**
**v. Department of the Treasury, et al.**
**No. 11-45 (Your docket No. 10-1302)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the opinion by visiting our website @www.supremecourt.gov.

Sincerely,

WILLIAM K. SUTER, Clerk

By

Elizabeth Brown
Judgments/Mandates Clerk

Enc.
cc: Harvey A. Schwartz, Esq.
Solicitor General

# Supreme Court of the United States

***No.*** **11-45**

**MICHAEL B. ELGIN, ET AL.,**

Petitioners

v.

**DEPARTMENT OF THE TREASURY, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the First Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF,** it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

June 11, 2012

A True copy WILLIAM K. SUTER
Test
Clerk of the Supreme Court of the United States
By: